UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OTTO VON VOLKMANN, IV,<br>　　　　　Plaintiff(s),<br>v.<br>VERIZON COMMUNICATIONS INC.,<br>　　　　　Defendant(s). | CASE NO. C25-2090-KKE<br><br>ORDER GRANTING MOTION TO CONTINUE DEADLINES |

　　　　Pending before the Court is Plaintiff Otto von Volkmann, IV's motion to continue the deadlines for the Federal Rule of Civil Procedure 26(f) conference, initial disclosures, and joint status report (Dkt. No. 9). Dkt. No. 11. Plaintiff, representing himself, asserts he will need additional time to prepare his case, citing ongoing health issues and an upcoming medical appointment. *See* Dkt. No.11. Plaintiff avers that he will be able to file a status report and propose a revised case schedule by January 31, 2026. Dkt. No. 11 at 4. Finding good cause, and because Defendant Verizon Communication, Inc. agrees to the requested relief, the Court GRANTS Plaintiff's motion. The Court VACATES all unexpired deadlines. *See* Dkt. No. 9. The parties shall file a joint status report by February 2, 2026 and advise the Court as to whether new deadlines should issue at that time.

　　　　Dated this 3rd day of December, 2025.

*(signature)*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO CONTINUE DEADLINES - 1