UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OTTO VON VOLKMANN, IV,

               Plaintiff(s),

    v.

VERIZON COMMUNICATION INC.,

               Defendant(s).

CASE NO. C25-2090-KKE

ORDER TO SHOW CAUSE

On December 3, 2025, the Court issued an order requiring the parties to file a Joint Status Report by February 2, 2026.  Dkt. No. 13.  While the parties failed to timely file a joint status report, Defendant Verizon Communication Inc. filed a unilateral status report apprising the Court that, despite attempting to reach out to Plaintiff, it "has not received a response."  Dkt. No. 14 at 2.

As such, Plaintiff is ORDERED to show cause by February 19, 2026 why Plaintiff's claims should not be dismissed for failure to comply with a court order.  Absent a timely response to this order, this action shall be dismissed without prejudice.

Dated this 5th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1