UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OTTO VON VOLKMANN,

              Plaintiff(s),

    v.

VERIZON COMMUNICATIONS INC.,

              Defendant(s).

CASE NO. C25-2090-KKE

ORDER DISMISSING CASE

The parties have notified the Court of their intent to stipulate to the dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A).  Dkt. No. 16.  Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to administratively close this case.

Dated this 9th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1